# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TORIC LAVERN YEARBY,

    Plaintiff,

v.                                            CASE NO. 5:17cv231-MCR-GRJ

P.D. JOHNSON,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 12, 2017. ECF No. 3. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of November, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**